

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2020

**BY ECF**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020
```

Re:   *United States v. Ruben Ramirez*, S1 19 Cr. 579 (VM)

Dear Judge Marrero:

The Government writes further to the Court's November 16, 2020 order that granted pretrial release to Ruben Ramirez. Based on conversations with the Magistrate Clerk's office, the Clerk's office has requested clarification as to which conditions apply to Ramirez's release. After discussing with counsel for Ramirez, the parties jointly request that the Court so-order that the following will be the conditions of Mr. Ramirez's pretrial release:

- Pretrial Supervision as directed;
- Home detention secured by electronic location monitoring;[1]
- $175,000 personal recognizance bond co-signed by three individuals approved by the United States Attorney's Office;
- The defendant shall continue or actively seek employment;
- The defendant shall surrender any travel documents to Pretrial Services and not obtain any additional travel documents;
- The defendant shall not communicate with any co-defendants outside the presence of counsel, except his wife Claudia Juarez;
- The defendant shall not possess a firearm, destructive device, or other weapon;
- The defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;
- The defendant shall submit to testing for a prohibited substance if required by the pretrial services office or supervising officer;

---

[1] The defendant is restricted to his residence at all times except for employment; education; religious services; medical for himself or his wife, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

- The defendant shall report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops; and
- The defendant's travel is restricted to the Middle District of Florida, the Eastern District of New York, the Southern District of New York, and all points in between when traveling for scheduled court appearances.

The parties are available to address any questions the Court may have.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612

SO ORDERED.

11/23/2020

DATE

VICTOR MARRERO, U.S.D.J.