## PELUSO & TOUGER, LLP
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013
**PelusoandTouger.com**

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:____1/26/2021____

January 25, 2021

By Email

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007-1312

Re: United States v. Rubin Ramirez,
19 Cr 579(VM)

Your Honor,

Mr. Ramirez was timely released from jail under the Court's previous Order and has been in full compliance with all of the release protocols. I am writing the Court to respectfully request with the consent of the Government for the Court to allow Mr. Ramirez to attend the funeral of his grandmother, Guadalupe Ramirez. Ms. Ramirez died last night and the funeral will be Thursday, January 28th in Elsa, Texas. Accordingly, Mr. Ramirez would like to leave his home in Florida on Wednesday, January 27th and return on Sunday, January 30th.

Thank you very much for your prompt attention to this matter.

Most Respectfully,

David Touger, Esq.

> Request **GRANTED.**   Mr. Ramirez's bail conditions
> are temporarily modified to allow travel to Elsa, Texas
> on the dates indicated.
>
> **SO ORDERED.**
> 1/26/2021
> _____        _____
> DATE                              VICTOR MARRERO, U.S.D.J.