USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
         -against-                :     19 CR 579 (VM)
                                  :     ORDER
RUBIN RAMIREZ,                    :
                                  :
                     Defendant.   :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on November 2, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:
    New York, New York
    29 November 2021

_____
Victor Marrero
U.S.D.J.