```
                                      ┌─────────────────────────────┐
                                      │ USDC SDNY                   │
**UNITED STATES DISTRICT COURT**      │ DOCUMENT                    │
**SOUTHERN DISTRICT OF NEW YORK**     │ ELECTRONICALLY FILED        │
--------------------------------X     │ DOC #:_____        │
UNITED STATES OF AMERICA,       :     │ DATE FILED: 11/29/21        │
                                :     └─────────────────────────────┘
                                :
         -against-              :        **19 CR 579 (VM)**
                                :           **ORDER**
                                :
RUBEN RAMIREZ,                  :
                                :
                  Defendant.    :
--------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**


It is hereby ordered that the sentencing of the above-named defendant is scheduled for February 4, 2022 at 10:00 AM.


SO ORDERED:

Dated: New York, New York
       29 November 2021
                                    _____
                                           Victor Marrero
                                             U.S.D.J.