```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :    **19 CR 579 (VM)**
       -against-                         :        **ORDER**
                                         :
RUBEN RAMIREZ,                           :
                                         :
               Defendant.                :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

At the request of defense counsel, and with the consent of the Government, the sentencing of the above-named defendant scheduled for February 4, 2022 is adjourned. It is hereby ordered that the sentencing in this matter is rescheduled for June 10, 2022 at 3:00 PM to accommodate defendant's preference for an in-person sentence.

**SO ORDERED:**

Dated: New York, New York
       11 January 2022

_____
Victor Marrero
U.S.D.J.