```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/31/2022__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------X

UNITED STATES OF AMERICA,        :

                             :

                             :          **19 CR 579(VM)**

       -against-            :           **ORDER**

                             :

RUBEN RAMIREZ,               :

                             :

             Defendant.    :

---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On March 29, 2022, counsel for defendant, without objection from defendant's pretrial officer, (see Dkt. No. 163), filed a letter motion requesting that the Court modify the above-named defendant's bail conditions to allow him to travel within the continental United States for employment purposes. On March 30, 2022, the Government filed a response (see Dkt. No. 164) requesting that if the Court were to grant the modification request, defendant be required to provide notice to Pretrial Services at least 48 hours prior to traveling and obtain Pretrial Services' consent.

It is hereby ordered that the above-named defendant's bail conditions be modified to authorize the travel requested on condition that defendant notify Pretrial Services of his travel plans at least 48 hours in advance.

**SO ORDERED:**

Dated: New York, New York
      31 March 2022

_____
Victor Marrero
U.S.D.J.