**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :     19 CR 579 (VM)
          -against-                 :     ORDER
                                    :
RUBEN RAMIREZ,                      :
               Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for 3:00 PM on Friday, June 10, 2022 be rescheduled for 10:00 AM on Friday, June 10, 2022.


SO ORDERED:

Dated: New York, New York
       08 June 2022

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2022